## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ExxonMobil Oil Corporation vs. D Construction Mang., PT Ferro Construction Co., Transystems Corp. and Consoer Townsend Envirodyne Engineers, Inc. | FILED: MAY 28, 2008<br>08CV3064    PH<br>JUDGE NORGLE<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ExxonMobil Oil Corporation

| NAME (Type or print) |
|---|
| Gary K. Davidson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Gary K. Davidson |

| FIRM |
|---|
| Brumund, Jacobs, Hammel, Davidson & Andreano, LLC. |

| STREET ADDRESS |
|---|
| 58 E. Clinton St., Ste.200 |

| CITY/STATE/ZIP |
|---|
| Joliet, IL 60432 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06269603 | 815-723-0628 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |