### *United States District Court for the Northern District of Illinois*

Case Number: 08cv3064               Assigned/Issued By: j. n.

Judge Name: NORGLE                  Designated Magistrate Judge: SCHENKIER

---

## FEE INFORMATION

***Amount Due:***   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: 350 _____    Receipt #: 2809746 _____

Date Payment Rec'd: 5/28/08 _____    Fiscal Clerk: J. N. _____

---

## ISSUANCES

☐ Summons                           ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets       (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                          (Date)

_____

_____