IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EXXON MOBIL OIL CORPORATION** ) <br> A New York Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **D CONSTRUCTION MANAGEMENT** ) <br> **COMPANY, INC,** an Illinois Corporation, and ) <br> **PT FERRO CONSTRUCTION COMPANY, INC.** ) <br> An Illinois Corporation, and ) <br> **TRANSYSTEMS CORPORATION**, a Missouri ) <br> Corporation, and **CONSOER TOWNSEND** ) <br> **ENVIRODYNE ENGINEERS, INC.**, a Delaware ) <br> Corporation, ) <br> ) <br> Defendants. ) | Case No. <br><br> FILED: MAY 28, 2008 <br> 08CV3064   PH <br> JUDGE NORGLE <br> MAGISTRATE JUDGE SCHENKIER |

**EXXON MOBIL OIL CORPORATION'S**
**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, Exxon Mobil Oil Corporation states that it is a wholly-own subsidiary of ExxonMobil Corporation.

Dated: 5/28/08

By: /s/ Frank P. Andreano
One of the Attorneys for Plaintiff
ExxonMobil Oil Corporation

Frank P. Andreano, ARDC 06202756
Brumund, Jacobs, Hammel,
Davidson & Andreano LLC
58 E. Clinton, Ste. 200
Joliet, IL 60432
(815) 723-0629

Attorneys for Plaintiff Exxon Mobil Oil Corporation