IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, A New York Corporation<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>D CONSTRUCTION MANAGEMENT COMPANY, INC., an Illinois Corporation, and PT FERRO CONSTRUCTION COMPANY, INC., An Illinois Corporation, and TRANSYSTEMS CORPORATION, a Missouri Corporation, and CONSOER TOWNSEND ENVIRODYNE ENGINEERS, INC., a Delaware Corporation<br><br>　　　　　　　Defendants. | Case No. 08 CV 3064<br><br>Judge Norgle<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, July 11, 2008, at 10:30 a.m., we shall appear before the Honorable Judge Charles R. Norgle, Room 2341, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, and then and there present the **MOTION OF CONSOER TOWNSEND ENVIRODYNE ENGINEERS, INC. TO DISMISS COUNT V OF THE COMPLAINT**, a copy of which was previously served upon you.

June 27, 2008

　　　　　　　　　　　　　　　　　　　　/s/ Scott J. Smith
　　　　　　　　　　　　　　　　　　　　Scott J. Smith (# 6238132)
　　　　　　　　　　　　　　　　　　　　Seyfarth Shaw LLP
　　　　　　　　　　　　　　　　　　　　131 S. Dearborn St.
　　　　　　　　　　　　　　　　　　　　Suite 2400
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603-5803
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 460-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 460-7000

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Consoer Townsend Envirodyne Engineers, Inc.*

CH3 1137130.1