# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, ) <br> A New York Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> D CONSTRUCTION MANAGEMENT ) <br> COMPANY, INC., an Illinois Corporation, and ) <br> PT FERRO CONSTRUCTION COMPANY, ) <br> INC., An Illinois Corporation, and ) <br> TRANSYSTEMS CORPORATION, a ) <br> Missouri Corporation, and CONSOER ) <br> TOWNSEND ENVIRODYNE ENGINEERS, ) <br> INC., a Delaware Corporation ) <br> ) <br> Defendants. ) | Case No. 08 CV 3064 <br><br> Judge Norgle <br><br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, July 18, 2008 at 10:30 a.m., we will appear before the Honorable Charles R. Norgle, Room 2341 of the United States District Court, 219 South Dearborn St., Chicago, Illinois 60604 and then and there present the Motion of Consoer Townsend Envirodyne Engineers for Extension of Time, a copy of which was previously served upon you.

July 16, 2008

By: _____s/ Marcus L. Mintz_____

Scott J. Smith (# 6238132)
Marcus L. Mintz (#6290255)
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, IL  60603-5803
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
*Attorneys for Defendant Consoer Townsend Envirodyne Engineers, Inc.*

CH1 11522093.1

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2008, I electronically transmitted the Notice of Motion of Consoer Townsend Envirodyne Engineers' for Extension of Time to the Clerk of the Court using the CM/ECF system for filing.

                              /s/ Marcus L. Mintz
                                  Marcus Mintz