UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, a New York Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| D CONSTRUCTION MANAGEMENT COMPANY, INC, an Illinois Corporation, P.T. FERRO CONSTRUCTION COMPANY, INC., an Illinois Corporation, TRANSYSTEMS CORPORATION, a Missouri Corporation, and CONSOER TOWNSEND ENVIRODYNE ENGINEERS, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) 08-CV-3064 |
| Defendants. | ) |

**DEFENDANT P.T. FERRO CONSTRUCTION COMPANY, INC.'S RULE 7.1 DISCLOSURE**

Defendant P.T. FERRO CONSTRUCTION COMPANY, INC., through its counsel, RATHBUN, CSERVENYAK & KOZOL, LLC, states pursuant to Rule 7.1 and Local Rule 3.2 that it has no parent corporation, and that no entity owns 5% or more of its stock.

        P.T. FERRO CONSTRUCTION COMPANY, Defendant

        By: s/WilliamV.Kozol
        One of Its Attorneys

William V. Kozol (Ill.Reg.No. 3121881)
Robert M. Shupenus (Ill.Reg.No. 6238096)
RATHBUN, CSERVENYAK & KOZOL, LLC
3260 Executive Drive
Joliet, Illinois  60431
Telephone: 815/730-1977