IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EXXONMOBIL OIL CORPORATION, <br> A New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> D CONSTRUCTION MANAGEMENT <br> COMPANY, INC., an Illinois Corporation, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 08 CV 3064 |

## TRANSYSTEMS CORPORATION'S DISCLOSURE STATEMENT

NOW COMES Defendant, TranSystems Corporation, by its counsel, Vanek, Vickers & Masini, P.C., and pursuant to Federal Rule 7.1 and Local Rule 3.2 discloses that it has no publicly held affiliates.

TRANSYSTEMS CORPORATION


By: /s/ Scott A. Ruksakiati
 One of Its Attorneys

Scott A. Ruksakiati
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
(312) 224-1500

*Attorneys for Defendant, Transystems Corporation*