IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br>A New York Corporation<br><br>              Plaintiff,<br><br>    v.<br><br>D CONSTRUCTION MANAGEMENT<br>COMPANY, INC., an Illinois Corporation, and<br>PT FERRO CONSTRUCTION COMPANY,<br>INC., An Illinois Corporation, and<br>TRANSYSTEMS CORPORATION, a<br>Missouri Corporation, and CONSOER<br>TOWNSEND ENVIRODYNE ENGINEERS,<br>INC., a Delaware Corporation<br><br>              Defendants. | Case No. 08 CV 3064<br><br>Judge Norgle<br><br>Magistrate Judge Schenkier |

**CONSOER TOWNSEND ENVIRODYNE ENGINEERS, INC.'S**
**NOTICE OF AFFILIATES – DISCLOSURE STATEMENT**

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, Consoer Townsend Envirodyne Engineers, Inc. states that it is a wholly owned subsidiary of AECOM Technology Corporation.

Respectfully submitted,

/s/ Scott J. Smith
Scott J. Smith (# 6238132)
Seyfarth Shaw LLP
131 S. Dearborn St.
Suite 2400
Chicago, IL 60603-5803
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendant Consoer Townsend Envirodyne Engineers, Inc.