UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case   08 CV 3064  PH
EXXONMOBIL OIL CORPORATION A New York
Corporation,

v.

D CONSTRUCTION MANAGEMENT COMPANY, INC, an Illinois Corporation, and
PT FERRO *CONSTRUCTION COMPANY, INC.* An Illinois Corporation, and
TRANSYSTEMS CORPORATION, a Missouri Corporation, and CONSOER TOWNSEND
ENVIRODVNE ENGINEERS, INC., a Delaware Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

D. Construction, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Michael J. McGowan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Michael J. McGowan | |
| FIRM <br> SmithAmundsen LLC | |
| STREET ADDRESS <br> 150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06199089 | TELEPHONE NUMBER <br> (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES /x /    NO / / |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES /x /    NO / / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES /x /    NO / / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES /x /    NO / / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL / /                                         APPOINTED COUNSEL  / / | |