3007777-MJM                                                                6276278

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EXXONMOBILE OIL CORPORATION,           )<br>a New York Corporation,                                    )<br>                                      Plaintiff          )<br>        vs.                                                       )<br>D CONSTRUCTION MANAGEMENT COMPANY )<br>INC., an Illinois Corporation, and PT FERRO      )<br>CONSTRUCTION COMPANY, INC., an Illinois     )<br>Corporation and TRANSYSTEMS CORPORATION )<br>a Missouri Corporation and CONSOER              )<br>TOWNSEND ENVIRODYNE ENGINEERS,             )<br>a Delaware Corporation,                                 )<br>                                      Defendants       ) | Case Number: 08 CV 3064 PH<br><br><br><br><br>Honorable Charles R. Norgle<br><br>Magistrate Judge Schenkier |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**D. CONSTRUCTION, INC. sued as D CONSTRUCTION MANAGEMENT COMPANY, INC.**

| | |
|---|---|
| NAME (Type or print)<br>              CAMILLE M. KNIGHT | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>              s/Camille M. Knight | |
| FIRM<br>              SMITHAMUNDSEN LLC | |
| STREET ADDRESS<br>              150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP<br>              CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>              6276278 | TELEPHONE NUMBER<br>              (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES / /      NO /x/ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES / /      NO /x/ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES /x/     NO / / ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES / /     NO /x/ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL  / /                                                        APPOINTED COUNSEL   / / ||