3007777-MJM                                                                           #6276278

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXXONMOBILE OIL CORPORATION, a New York Corporation, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) NO:   08 CV 3064  PH ) |
| D CONSTRUCTION MANAGEMENT COMPANY, INC., an Illinois Corporation, and PT FERRO CONSTRUCTION COMPANY, INC., an Illinois Corporation, and TRANSYSTEMS CORPORATION, a Missouri Corporation, and CONSOER TOWNSEND ENVIRODYNE ENGINEERS, INC., a Delaware Corporation, | ) Judge Norgle ) ) Magistrate Judge Schenkier ) ) ) ) ) ) |
| Defendants | ) ) |

## NOTICE OF FILING

To:   Franklin P. Andreano
      Brummund, Jacobs, Hammel Davidson
      58 E. Clinton, Suite 200
      Joliet, IL 60432

     PLEASE TAKE NOTICE that on the **21st day of August, 2008**, we filed **D. CONSTRUCTION, INC.'S ANSWER AND AFFIRMATIVE DEFENSE TO COUNT II OF PLAINTIFF'S COMPLAINT WITH JURY DEMAND**, in the United States District Court, Northern District, Eastern Division in Chicago, Illinois, a copy of which is herewith served upon you.

                                                    SMITHAMUNDSEN LLC

                                    BY:   /s/ Camille M. Knight
                                            Attorney for Target Corporation

Michael J. McGowan – 6199089
Camille M. Knight – 6276278
Brad Rausa
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
Fax: (312) 894-3210

**AFFIDAVIT OF SERVICE**

      I hereby certify that on the 21st day of August, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above attorney and a copy of same will be mailed if attorney is a non-participant of the CM/ECF system.

                          /s/Camille M. Knight