**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EXXONMOBIL OIL CORPORATION,** | ) | |
| A New York Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No.   08 CV 3064** |
| | ) | |
| **D CONSTRUCTION MANAGEMENT CO.,** | ) | |
| **INC.,** an Illinois Corporation, **PT FERRO** | ) | Judge Norgle |
| **CONSTRUCTION COMPANY, INC**., an Illinois | ) | Magistrate Judge Schenkier |
| Corporation, **TRANSYSTEMS CORPORATION**, | ) | |
| a Missouri Corporation, and **CONSOER** | ) | |
| **TOWNSEND ENVIRONDYNE ENGINEERS,** | ) | |
| **INC**., a Delaware Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

Please take notice that on Friday, August 29, 2008, at 10:30 a.m., we shall appear before the Honorable Charles R. Norgle, Room 2341, United States District Court, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **PLAINTIFF'S RULE 12(b)(6) MOTION TO DISMISS PORTIONS OF AFFIRMATIVE DEFENSES OF DEFENDANTS P.T. FERRO CONSTRUCTION COMPANY, INC. AND CONSOER TOWNSEND ENVIRODYNE ENGINEERS,** a copy of which has been served upon you.

                                            **ExxonMobil Oil Corporation**

                                            By:   /s/ Frank P. Andreano
                                                    One of Its Attorneys

Frank P. Andreano
ARDC No. 6202756
Brumund, Jacobs, Hammel, Davidson & Andreano, LLC.
58 East Clinton, Ste. 200
Joliet, Il 60432
(815) 723-0628
fandreano@brumund-jacobs.com

### CERTIFICATION OF SERVICE EMOC vs. D'Const.
### Case No. 08 CV 3064 (N.D. IL)

I, Frank P. Andreano, an attorney on oath certify that I caused to be served a copy of the attached **EMOC'S 12(B)(6) MOTION TO DISMISS** upon the following individuals, by deposit in the United States Mail at Scott Street, Joliet, Illinois 60432, postage prepaid, before the hour of 4:00 PM, messenger delivery, Federal Express, facsimile transmitted from (815) 723-1371, or electronically via the Case Management/Electronic Case Filing System (ECF) as indicated, this **21ST** day of **AUGUST**, 2008.

| | |
|---|---|
| [X] CM/ECF<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] U.S. Mail<br>[ ] Messenger | **ATTORNEYS FOR PT FERRO**<br><br>Mr. William Kozol<br>Rathbun, Kozel & Cservenyak<br>3260 Executive Drive<br>Joliet, Illinois 60431 |
| [X] CM/ECF<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] U.S. Mail<br>[ ] Messenger | **Attorneys For Transystems Corp.**<br><br>Mr. Scott Ruksakiati<br>Vanek, Vickers & Masini PC<br>111 S. Wacker Dr., ste. 4050<br>Chicago, IL 60606 |
| [X] CM/ECF<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] U.S. Mail<br>[ ] Messenger | **Attorneys For CTE**<br><br>Mr. Scott Smith<br>Seyfarth Shaw LLP<br>131 South Dearborn St., Ste. 2400<br>Chicago, IL 60603-5577 |
| [X] CM/ECF<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] U.S. Mail<br>[ ] Messenger | **ATTORNEYS FOR D'CONST.**<br><br>Ms. Camille Knight<br>SmithAmundsen LLC<br>150 N. Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601 |
| | By: /s/ Frank P. Andreano<br>One of Plaintiff's Attorneys |

Frank P. Andreano, ARDC 06202756
Brumund, Jacobs, Hammel & Davidson LLC.
Attorneys for ExxonMobil Mobil Corporation
58 East Clinton, Ste. 200
Joliet, Il 60432
(815) 723-0628
Email: fandreano@brumund-jacobs.com

2