UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | | |
|---|---|---|
| EXXONMOBIL OIL CORPORATION, <br> a New York Corporation, <br><br> Plaintiff, <br><br> v. <br><br> D CONSTRUCTION MANAGEMENT <br> COMPANY, INC, an Illinois Corporation, <br> P.T. FERRO CONSTRUCTION COMPANY, <br> INC., an Illinois Corporation, TRANSYSTEMS <br> CORPORATION, a Missouri Corporation, and <br> CONSOER TOWNSEND ENVIRODYNE <br> ENGINEERS, INC., a Delaware Corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 08-CV-3064 |

## NOTICE OF MOTION

Please take notice on Friday, August 29, 2008, at 10:30 a.m., we shall appear before the Honorable Charles R. Norgle, Room 2341, United States District Court, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **P.T. FERRO CONSTRUCTION COMPANY INC.S' MOTION TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSION OF FACT OR GENUINESS OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36,** a copy of which has been served upon you.

RATHBUN, CSERVENYAK & KOZOL, LLC


BY: /s William V. Kozol


WILLIAM V. KOZOL   #03121881
RATHBUN, CSERVENYAK & KOZOL, LLC
3260 Executive Drive
Joliet, Illinois  60431
(815) 730-1977

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by CM/ECF to such attorneys at their business address as disclosed by the pleadings of record herein.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, )<br>a New York Corporation, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>D CONSTRUCTION MANAGEMENT )<br>COMPANY, INC, an Illinois Corporation, )<br>P.T. FERRO CONSTRUCTION COMPANY,)<br>INC., an Illinois Corporation, TRANSYSTEMS )<br>CORPORATION, a Missouri Corporation, and )<br>CONSOER TOWNSEND ENVIRODYNE )<br>ENGINEERS, INC., a Delaware Corporation, )<br> )<br>Defendants. ) | 08-CV-3064 |

## P.T. FERRO CONSTRUCTION COMPANY INC.S' MOTION TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSION OF FACT OR GENUINESS OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36

NOW COMES Defendant, P.T. Ferro Construction Company, Inc., by its counsel, RATHBUN, CSERVENYAK & KOZOL, LLC, and for its Motion To Strike Plaintiff's Request For Admission Of Fact Or Genuiness Of Documents Pursuant To Federal Rule Of Civil Procedure 36, and states as follows:

1. On August 18, 2008, Plaintiff filed its Request for Admission of Fact or Genuiness of Documents.

2. Federal Rule 26 (d) (1) states:

   **(d) Timing and Sequence of Discovery**.

   **(1) Timing.**  A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)…

3. By its Request for Admission of Fact or Genuiness of Documents, Plaintiff is in violation of Federal Rule 26 (d) (1) as it is seeking discovery before the parties have conferred as required by Rule 26(f)

WHEREFORE, the Defendant, P.T. Ferro Construction Company, Inc. prays that this court enter an order striking Plaintiff's Request for Admission of Fact or Genuiness of Documents pursuant to Federal Rule of Civil Procedure 36.

                                        P.T. FERRO CONSTRUCTION COMPANY,

                                        By:_____s/ William V. Kozol_____

                                                One of Its Attorneys

William V. Kozol (Ill.Reg.No. 3121881)
Robert M. Shupenus (Ill.Reg.No. 6238096)
RATHBUN, CSERVENYAK & KOZOL, LLC
3260 Executive Drive
Joliet, Illinois  60431
Telephone:815/730-1977