UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | | |
|---|---|---|
| EXXONMOBIL OIL CORPORATION, a New York Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| D CONSTRUCTION MANAGEMENT COMPANY, INC, an Illinois Corporation, P.T. FERRO CONSTRUCTION COMPANY, INC., an Illinois Corporation, TRANSYSTEMS CORPORATION, a Missouri Corporation, and CONSOER TOWNSEND ENVIRODYNE ENGINEERS, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) | 08-CV-3064 |
| Defendants. | ) | |

## NOTICE OF MOTION

Please take notice on Friday, August 29, 2008, at 10:30 a.m., we shall appear before the Honorable Charles R. Norgle, Room 2341, United States District Court, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present **P.T. FERRO CONSTRUCTION COMPANY INC.S' MOTION TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSION OF FACT OR GENUINESS OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36,** a copy of which has been served upon you.

RATHBUN, CSERVENYAK & KOZOL, LLC

BY: /s William V. Kozol

WILLIAM V. KOZOL    #03121881
RATHBUN, CSERVENYAK & KOZOL, LLC
3260 Executive Drive
Joliet, Illinois  60431
(815) 730-1977

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by CM/ECF to such attorneys at their business address as disclosed by the pleadings of record herein.