**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of :  Case Number: **08 CV 3064**

**EXXONMOBIL OIL CORPORATION v. P.T.FERRO, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Plaintiff, **EXXONMOBIL OIL CORPORATION**

| | |
|---|---|
| NAME (Type or print) <br> John G. Foreman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/John G. Foreman | |
| FIRM **Brumund, Jacobs, Hammel, Davidson & Andreano LLC** | |
| STREET ADDRESS **58 E. Clinton St., Suite 200** | |
| CITY/STATE/ZIP **Joliet, IL 60432** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL ARDC # 06201217 | TELEPHONE NUMBER (815) 723-0628 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                 APPOINTED COUNSEL | |