**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **EXXONMOBIL OIL CORPORATION,** ) <br> A New York Corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **D CONSTRUCTION MANAGEMENT CO.,** ) <br> **INC.,** an Illinois Corporation, **PT FERRO** ) <br> **CONSTRUCTION COMPANY, INC**., an Illinois ) <br> Corporation, **TRANSYSTEMS CORPORATION**,) <br> a Missouri Corporation, and **CONSOER** ) <br> **TOWNSEND ENVIRONDYNE ENGINEERS,** ) <br> **INC**., a Delaware Corporation, ) <br> ) <br> Defendants. ) | **Case No.   08 CV 3064** <br><br> Judge Norgle <br> Magistrate Judge Schenkier |

**NOTICE OF FILING**

To: See Attached Service List.

   Please take note that on this August 27, 2008, I did file with the Clerk of the U.S. District Court:  **ExxonMobil Oil Corporation's Answers** to the **Affirmative Defenses of D' Construction Management Co.,** copies of which are attached hereto and served upon you.


   By: /s/ *Frank P. Andreano*_____
   Frank P. Andreano, one of Plaintiff's
   Attorneys


Frank P. Andreano, ARDC 06202756
Brumund, Jacobs, Hammel & Davidson LLC.
Attorneys for ExxonMobil Mobil Corporation
58 East Clinton, Ste. 200
Joliet, Il 60432
(815) 723-0628
Email: fandreano@brumund-jacobs.com

1

## CERTIFICATION OF SERVICE EMOC vs. D Const.

### Case No. 08 CV 3064 (N.D. IL)

I, Frank P. Andreano, an attorney on oath certify that I caused to be served a copy of the attached **ExxonMobil Oil Corporation's Answers** to the **Affirmative Defenses of Consoer Townsend Envirodyne Engineers, Inc.,** and to the **Affirmative Defense of PT Ferro Construction Company, Inc,** and to the **Affirmative Defenses of Defendant Transystems Corporation** upon the following individuals, by deposit in the United States Mail at Scott Street, Joliet, Illinois 60432, postage prepaid, before the hour of 4:00 PM, messenger delivery, Federal Express, facsimile transmitted from (815) 723-1371, or electronically via the Case Management/Electronic Case Filing System (ECF) as indicated, this **27th** day of **AUGUST**, 2008.

| | |
|---|---|
| [X] CM/ECF<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] U.S. Mail<br>[ ] Messenger | **ATTORNEYS FOR PT FERRO**<br><br>Mr. William Kozol<br>Rathbun, Kozel & Cservenyak<br>3260 Executive Drive<br>Joliet, Illinois 60431 |
| [X] CM/ECF<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] U.S. Mail<br>[ ] Messenger | **Attorneys For Transystems Corp.**<br><br>Mr. Scott Ruksakiati<br>Vanek, Vickers & Masini PC<br>111 S. Wacker Dr., ste. 4050<br>Chicago, IL 60606 |
| [X] CM/ECF<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] U.S. Mail<br>[ ] Messenger | **Attorneys For CTE**<br><br>Mr. Scott Smith<br>Seyfarth Shaw LLP<br>131 South Dearborn St., Ste. 2400<br>Chicago, IL 60603-5577 |
| [X] CM/ECF<br>[ ] Facsimile<br>[ ] Federal Express<br>[ ] U.S. Mail<br>[ ] Messenger | **ATTORNEYS FOR D'CONST.**<br><br>Ms. Camille Knight<br>SmithAmundsen LLC<br>150 N. Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601 |
| | By: /s/ Frank P. Andreano<br>One of Plaintiff's Attorneys |

Frank P. Andreano, ARDC 06202756
Brumund, Jacobs, Hammel & Davidson LLC.
Attorneys for ExxonMobil Mobil Corporation
58 East Clinton, Ste. 200
Joliet, Il 60432
(815) 723-0628
Email: fandreano@brumund-jacobs.com