**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

ExxonMobil Oil Corporation

                Plaintiff,

v.                                       Case No.: 1:08−cv−03064
                                       Honorable Charles R. Norgle Sr.

D Construction Management Company, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Motion to Strike Request to Admit [49] is denied as moot. Motion hearing held 8/29/2008. Response to Motion to Dismiss Affirmative Defenses[43] is due on or before 9/26/2008. Reply to response is due on or before 10/10/2008. Status hearing set for 11/12/2008 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.